# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:

    **SUSAN MCKAY**

**CASE NO.: GL15-00155**
**HON: John T. Gregg**
**Chapter 13**
**FILED: 1/14/2015**

                **Debtor**

_____/

## AFFIDAVIT AND NOTICE OF DEFAULT

**(1)** On June 2, 2015 the Chapter 13 Trustee and the Debtor(s) entered an agreement which states the case may be dismissed on failure of the Debtor(s) to:

    **(a)** Prepare and file with the proper taxing authorities and the Trustee all outstanding tax returns for the years 2010, 2012, 2013 and 2014 by June 26, 2015.

**(2)** Debtor(s) has not complied with the terms of that agreement in that Debtor(s) have failed to:

    **(a)** Prepare and file with the proper taxing authorities and the Trustee all outstanding tax returns for the tax years 2010, 2012, 2013 and 2014 by June 26, 2015.

**(3)** Pursuant to the terms of said agreement the Trustee requests the Order Dismissing this cases be entered.

Dated: June 26, 2015

                /s/ Barbara P. Foley_____
                Affiant on behalf of
                Barbara Foley, Chapter 13 Trustee
                425 W. Michigan Ave.
                Kalamazoo, MI 49007
                (269) 343-0305