UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
_____

In In re: Susan Kay McKay,   Case No: 15-00155-jtg
                             Chapter 13
             Debtor.         Hon. John T. Gregg
_____/

### ORDER FOR ALLOWANCE OF FEES

At a session of said Court held at One Division Ave. NW,
City of Grand Rapids, County of Kent, State of Michigan:

PRESENT:  Honorable John T. Gregg
          United States Bankruptcy Judge

An Application for Attorney's Fees have been made by David Andersen & Associates, P.C., attorneys for the debtor, for additional compensation, $0.00 in fees were previously approved by the court and that the services rendered have been rendered in aid and administration of this case, and that such services benefited the Debtor's estate and the Debtor, and requested compensation is reasonable and just, NOW THEREFORE,

IT IS ORDERED that David Andersen & Associates, P.C.'s first petition for professional fees and expenses in the additional amount of $3,882.50 is granted.  Of that amount $1,200.00 was paid directly to the applicant by the debtor to start her case. Remaining fees outstanding and yet to be paid are $2,733.52.

IT IS FURTHER ORDERED that the additional attorney fee and expenses allowed shall be paid by the Trustee to the Applicant as an administrative expense in accordance with 11 U.S.C. § 507(a)(1) and 11 U.S.C. § 503(b).

IT IS FURTHER ORDRED that in the event of dismissal, the Court finds just cause under 11 USC §349(b) to retain jurisdiction over administration of the Debtor's estate to allow for this pending fee application.

IT IS FURTHER ORDERED that a copy of said order be returned to David Andersen & Associates, PC for service upon parties with interest

### END OF ORDER

Signed: July 15, 2015




John T. Gregg
United States Bankruptcy Judge